**SET ASIDE and REMAND; and Opinion Filed September 10, 2013.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00589-CV

**GREYHOUND LINES, INC. AND RASHAD NICHOLS, Appellant**

**V.**

**JANIE REEVES, Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 09-09239**

## MEMORANDUM OPINION

Before Justices O'Neill, Francis, and Fillmore
Opinion Per Curiam

The Court has before it appellants' August 29, 2013 unopposed motion to reverse without regard to the merits, and remand to trial court to effectuate the parties' settlement agreement. We **GRANT** the motion, **SET ASIDE** the judgment of the trial court without regard to the merits, and **REMAND** the case to the trial court for rendition of judgment in accordance with the agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B).

PER CURIAM

120589F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

GREYHOUND LINES, INC. AND
RASHAD NICHOLS, Appellants

No. 05-12-00589-CV        V.

JANIE REEVES, Appellee

On Appeal from the 193rd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. 09-09239.
Opinion delivered Per Curiam. Justices
O'Neill, Francis and Fillmore sitting for the
Court.

In accordance with this Court's opinion of this date, the judgment of the trial court is **SET ASIDE**. We **REMAND** this case to the trial court to render judgment in accordance with the parties' agreement. We **ORDER** that appellee recover her costs of this appeal from appellants, unless the parties' agreement provides otherwise.

Judgment entered this 10th day of September, 2013.

/Michael J. O'Neill/

MICHAEL J. O'NEILL
JUSTICE